Argued May 22, reversed and remanded May 30, reconsideration denied July 12, petition for review denied October 17, 1978

STATE OF OREGON, *Appellant,*

*v.*

WILLIAM D. WALLACE, *Respondent.*

(No. T 50021, CA 10138)

579 P2d 324

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Jay Conroy, Corvallis, argued the cause for respondent. On the brief were Robert S. Gardner, and Ringo, Walton, Eves & Gardner, P.C., Corvallis.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Reversed and remanded. *State v. Ramsey,* 17 Or App 665, 523 P2d 601 (1974).